**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bernetta L. Jones                                                      CHAPTER 7

Debtor(s)

BKY. NO. 20-21667 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1 and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
14 Sep 2020, 12:31:11, EDT

Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com